## BLEVINS V. THE STATE.
(Decided November 27, 1913.

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.

---

## BOSWELL V. THE STATE.
(Decided February 5, 1914.)

APPEAL from Pike Law Court.

Heard before Hon. T. L. BORUM.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—No error. Affirmed.

---

## BRADFORD V. THE STATE.
(Decided January 15, 1914.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.

WALKER, P. J.—No error. Affirmed.

---

## BYRUM V. THE STATE.
(Decided November 27, 1913.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. E. GREENE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Appeal dismissed.